UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 24-33268-H1-13 |
| **John Steven Milian,** | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 13 |

**AMENDED WAGE DEDUCTION ORDER**

| Employer | Chapter 13 Trustee<br>(Payments must be sent to this address) |
|---|---|
| CoreCivic of Tennessee, LLC<br>Attn:Payroll<br>5501 Virginia Way, Ste. 110<br>Brentwood, TN  37027 | David G. Peake<br>P. O. Box 2158<br>Memphis, TN 38101-2158<br>24-33268-H1-13 |

The Court orders:

1. Employer must deduct the following amounts from wages payable to <u>John Steven Milian</u> and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $1,975.00 | $987.50 | $911.54 | $455.77 |

2. The first deduction must occur no later than the first payday following 7 days after the Employer receives this order.  Deducted amounts must be submitted to the Chapter 13 Trustee within 7 days of the date of the deduction. **The Employer must not charge or require a fee or other cost for compliance with this Order.**

3. The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

4. The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment to Employer.  The Employer must comply with any Notice of Wage Order Adjustment received by the Employer from the Chapter 13 Trustee.

**5. This Order is NOT subject to any limitation under state or federal law regarding wage garnishments.**

6. This Order remains effective until terminated by Order of this Court.