UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 24-33268-H1-13 |
| John Steven Milian | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | CHAPTER 13 |

<u>NOTICE OF CHANGE OF ADDRESS</u>

The Debtors address for the above numbered and styled case has changed to

9 Jasmine Run Ormond Beach, FL 32174.

           Respectfully submitted,
           THE KEELING LAW FIRM

           <u>/s/Kenneth A. Keeling</u>
           Kenneth A. Keeling; TBN 11160500
           Yolanda Gutierrez;TBN 24041028
           Rebecca Keeling; TBN 24083295
           3310 Katy Freeway, Suite 200
           Houston, Texas 77007
           Tel: (713) 686-2222; Fax (713) 579-3058
           legal@keelinglaw.com

           **ATTORNEY FOR DEBTOR(S)**

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Notice of Change of Address has been served either electronically or by United States First Class Mail on this 15th day of April, 2025 to the following parties and the affected creditors listed below:

UNITED STATES TRUSTEE
United States Trustee
515 Rusk, Ste. 3516
Houston, TX  77002


CHAPTER 13 TRUSTEE
David G. Peake
9660 Hillcroft
Suite 430
Houston, TX 77096

DEBTOR(S)
John Steven Milian
9 Jasmine Run
Ormond Beach, FL 32174


CREDITOR(S)

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Carvana, LLC
PO Box 29018
Phoenix, AZ 85038

City Of Houston
1235 North Loop West, Suite 600
Houston, TX 77008

Clear Creek ISD
P.O.Box 799
League City, TX 77574-0799

Clear Lake City Water Authority
900 Bay Area Blvd
Houston, TX 77058

Clicklease LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Conn Appliances, Inc.
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Harley-Davidson Credit Corp

PO Box 9013
Addison, TX 75001

Harris County
Ann Harris Bennett - Tax Assessor
P. O. Box 3547
Houston, Tx  77253-3547

IC Systems, Inc
Attn: Bankruptcy
PO Box 64378
St. Paul, MN 55164

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jack O'Boyle & Associates
P.O. Box 815369
Dallas, TX 75381

Kashable Llc
Attn: Bankruptcy Dept
489 5th Ave, 18th Floor
New York, NY 10017

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

Olean Area Federal Credit Union
1201 Wayne Street
Olean, NY 14760

Perdue, Brandon, Fielder Collins & Mott,
1235 North Loop West, Suite 600
Houston, Texas 77008

Perfection Collection
Attn: Bankruptcy Department
313 E 1200 S, Suite 102
Orem, UT 84058

Pineloch Community
14642 Oak Chase Dr
Houston, TX 77062

Planet Home Lending, LLC
321 Research Parkway Suite 303
Meriden, CT 06450

Republic Finance
282 Tower Ro
Ponchatoula, LA 70454

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

U.S. Department of Housing and Urban Dev
Fort Worth Field Office
307 W. 7th St, Suite 1000
Fort Worth, TX 76102-2905

Upstart Network Inc
PO Box 1337
Irmo, SC 29063

                Respectfully submitted,
                **KEELING LAW FIRM**

                /s/ Kenneth A. Keeling

                **ATTORNEY FOR DEBTOR(S)**